# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 291 |
| | : | |
| ORDER AMENDING RULES | : | APPELLATE PROCEDURAL RULES |
| 904 AND 907 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| APPELLATE PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2020, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published for public comment at 49 Pa.B. 2712 (June 1, 2019):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 904 and 907 of the Pennsylvania Rules of Appellate Procedure are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2021.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.